# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ALLERGY RESEARCH GROUP LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>REZ CANDLES INC, a Delaware corporation; REZA DAVACHI, an individual; and JOHN DOES, 1- 10,<br><br>Defendants. | ORDER RE: STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Case No.2:21-cv-00073-DAJ-JCB<br><br>Judge Dale A. Kimball<br>Magistrate Judge Jared C. Bennett |

Before the Court is the Parties' Stipulated Motion for Extension of Time to Respond to Complaint ("Motion"). For good cause appearing, the Court hereby GRANTS the Motion and amends the deadlines as follows:

1. The deadline for Defendants to respond to Plaintiff's Complaint is extended by thirty (30) days to April 8, 2021.

2. Plaintiff shall propose a schedule to Defendant in the form of a draft Attorney Planning Meeting Report no later than April 22, 2021, fourteen (14) days after Defendants' response deadline.

3. The Parties shall meet and confer and file a jointly signed Attorney Planning Meeting Report and email a Proposed Scheduling Order no later than May 6, 2021, twenty-eight (28) days after Defendants' response deadline.

4. If the Parties cannot agree on a Proposed Scheduling Order, they shall follow the requirements in the Order to Propose Schedule [Dkt. 9].

DATED this 26th day of March 2021

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge