IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Allergy Research Group , <br><br> Plaintiff, <br><br> vs. <br><br> Rez Candles et al, <br><br> Defendants. | ORDER OF RECUSAL <br><br><br> Case No. 2:21-cv-00073-DAK-JCB |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  26th  day of April, 2021.

BY THE COURT:

Dale A. Kimball
United States District Judge