# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | | |
|---|---|---|
| ALLERGY RESEARCH GROUP, LLC, | : | **ORDER GRANTING ALLERGY RESEARCH GROUP, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL** |
| Plaintiff / Counterclaim-Defendant, | : | |
| | : | |
| v. | : | **Case No: 2:21-CV-00073-TC-JCB** |
| | : | |
| REZ CANDLES, INC., | : | |
| | : | |
| Defendant / Counterclaim-Plaintiff | : | |

Before this Court is Plaintiff Allergy Research Group, LLC's ("ARG") Motion for Leave to File Under Seal exhibits 1, 2, 3, 4, and 5 supporting its Opposition to Rez Candles, Inc.'s Motion to Maintain Designation. The Court finds good cause, and **GRANTS** the Motion for Leave to File Under Seal.

**IT IS HEREBY ORDERED**, this 10th day of May, 2022.

_____
Magistrate Judge Jared C. Bennett