Monica S. Call (#11361)
mcall@foley.com
Wesley F. Harward (#15623)
wharward@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8999

Martha B. Motley (*pro hac vice*)
mbmotley@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-5626

*Attorneys for Plaintiff Allergy Research Group, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ALLERGY RESEARCH GROUP, LLC, | **JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |
| Plaintiff / Counterclaim-Defendant, | |
| v. | **Case No: 2:21-CV-00073-TC-JCB** |
| REZ CANDLES, INC., | |
| Defendant / Counterclaim-Plaintiff | |

Based on ongoing settlement negotiations, Plaintiff/Counterclaim-Defendant Allergy Research Group, LLC ("ARG") and Defendant/Counterclaim-Plaintiff Rez Candles, Inc. ("Rez"), through their respective undersigned counsel of record, jointly move this Court for an extension of time to complete discovery and respectfully request that certain dates in the Amended Scheduling Order (ECF No. 80), be reset. In support of their motion, the Parties state as follows.

ARG filed its Complaint in this action on February 3, 2021. (ECF No. 2). Rez filed a motion to dismiss in response (ECF Nos. 15-16), which the Court denied in part (ECF No. 34).

Rez then filed an Answer and Counterclaims to the Complaint on September 23, 2021 (ECF No. 37). On October 14, 2021, ARG moved to dismiss the Counterclaims, which Rez opposed (ECF Nos. 38, 45). Before ARG's motion to dismiss was resolved, the Parties attended the Initial Scheduling Conference with Magistrate Judge Bennett, and Judge Bennett entered the initial Scheduling Order in this case on November 1, 2021. (ECF Nos. 43-44.)

On April 4, 2022, Judge Campbell granted ARG's motion to dismiss, dismissing the Counterclaims in their entirety without prejudice (ECF No. 57). On May 4, 2022, Rez filed a Motion for Leave to File Amended Answer and Counterclaims ("Motion to Amend Counterclaims"), which Judge Campbell denied on August 31, 2022 (ECF Nos. 62, 78).

Because the initial Scheduling Order was entered before Judge Campbell had ruled on ARG's motion to dismiss the initial counterclaims, it contained a two-track discovery schedule—one track with discovery dates applying "if all counterclaims are dismissed," and another track with discovery dates applying "if any counterclaims survive." On August 31, 2022, the Parties filed a Joint Motion for Amended Scheduling Order seeking an extension of the discovery deadlines and related dates (ECF No. 79). Coincidentally, on the same day, Judge Campbell denied Rez's Motion to Amend Counterclaims, dismissing all counterclaims with prejudice. This Court granted the joint request to extend deadlines and entered the Amended Scheduling Order on September 1, 2022 that the Parties now seek to amend.

Since entry of the initial Scheduling Order, the Parties have exchanged some discovery related to the claims in ARG's Complaint, but paused the exchange of discovery to engage in settlement negotiations. The desire for settlement was also part of the basis for the Parties' first joint request to extend deadlines. Although these settlement negotiations are taking longer than anticipated, both Parties are continuing to attempt to engage in them in good faith and both desire

to settle this action. Although the Parties were hopeful that they would be able to resolve this action before the November 30, 2022 fact discovery deadline, they have been unable to do so as of the time of filing this Motion. The Parties plan to continue to discuss settlement after the filing of this Joint Motion, but will need additional time to finalize settlement or to complete fact and expert discovery on the claims in ARG's Complaint if settlement cannot be reached. Accordingly, to allow more time for settlement discussions and discovery if it is needed, the Parties respectfully request that the following upcoming case deadlines be extended as follows:[1]

| **Event** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Last day to serve written discovery | October 27, 2022 | January 25, 2023 |
| Close of fact discovery | November 30, 2022 | February 28, 2023 |
| Expert Disclosures (for parties bearing burden of proof) | January 16, 2023 | May 1, 2023 |
| Expert Counter-Disclosures | February 15, 2023 | May 31, 2023 |
| Expert Reports (for parties bearing burden of proof) | January 16, 2023 | May 1, 2023 |
| Expert Counter-Reports (for all parties) | March 29, 2023 | July 11, 2023 |
| Expert Rebuttal Reports (for all parties) | April 26, 2023 | August 7, 2023 |
| Last day for expert discovery | June 7, 2023 | September 13, 2023 |
| Deadline for filing dispositive or potentially dispositive motions | July 5, 2023 | October 12, 2023 |

---

[1] A proposed revised scheduling order that tracks this court's Amended Scheduling Order, with the exception of these extended dates, is attached to this Joint Motion as Exhibit A.

3

| | | |
|---|---|---|
| Deadline for filing partial or complete motions to exclude expert testimony | July 5, 2023 | October 12, 2023 |
| Rule 26(a)(3) pretrial disclosures for Plaintiff(s) | November 16, 2023 | March 1, 2024 |
| Rule 26(a)(3) pretrial disclosures for Defendant(s) | November 30, 2023 | March 14, 2024 |
| Special Attorney Conference on or before | December 8, 2023 | March 7, 2024 |
| Settlement Conference on or before | December 8, 2023 | March 7, 2024 |
| Final Pretrial Conference | January 8, 2024 at 3:00pm | April 8, 2024 |
| Jury Trial | January 29, 2024 at 8:30 a.m. | April 29, 2024 |

  Good cause exists for these requested extensions. This case involves fact-intensive claims. The Parties have delayed conducting some of their fact discovery while attempting to reach an amicable resolution and avoid incurring further costs. Extending discovery deadlines will allow the Parties to complete fact discovery and ready this case for filing dispositive motions if settlement cannot be reached.

  The Parties have previously jointly requested an extension of the discovery schedule and fact discovery deadline, through their Joint Motion filed on August 31, 2022. This second Joint Motion is brought not for the purpose of delay or to multiply the proceedings, but to avoid other delays that are likely to occur without the requested extensions and to encourage good faith settlement negotiations.

  WHEREFORE, should the foregoing meet with the Court's approval, the Parties respectfully request that the Court grant the Parties' Joint Motion and amend the Amended Scheduling Order in this case as requested above.

4

RESPECTFULLY SUBMITTED this 29th day of November, 2022.

By: */s/ Monica S. Call*
Monica S. Call (#11361)
mcall@foley.com
Wesley F. Harward (#15623)
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900

Martha B. Motley (*pro hac vice*)
mbmotley@vorys.com
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-5626

*Attorneys for Plaintiff Allergy Research Group, Inc.*

By: */s/ William O. Kimball  (signed with permission)*
William O. Kimball, Jr. (#9460)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, Utah 84102
(801) 359-3333
bill@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendant Rez Candles Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, a copy of the foregoing was served via CM/ECF on the following attorneys for Defendant Rez Candles, Inc. as follows:

William O. Kimball
William B. Chadwick

*Attorneys for Defendant*

*/s/ Monica S. Call*
Monica S. Call

5