# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ALLERGY RESEARCH GROUP, LLC, | |
| Plaintiff / Counterclaim-Defendant, | **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |
| v. | |
| REZ CANDLES, INC., | Case No.: 2:21-CV-00073-TC-JCB |
| Defendant / Counterclaim-Plaintiff | |

Before this Court is the Parties' Joint Motion for Extension of Time to Complete Discovery ECF No. 81. The Court finds good cause, and **GRANTS** the Motion and extends certain case deadlines and dates according to the proposed dates in the Joint Motion and the attached Second Revised Scheduling Order.

**IT IS HEREBY ORDERED**, this ___ day of _____, 2022.

_____
Magistrate Judge Jared C. Bennett