## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| ALLERGY RESEARCH GROUP, LLC,<br><br>        Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>REZ CANDLES, INC.,<br><br>        Defendant/Counterclaim-Plaintiff. | **ORDER OF DISMISSAL**<br><br>Case No.: 2:21-cv-00073-TC-JCB<br><br>Judge: Tena Campbell<br>Magistrate Judge: Jared C. Bennett |

      Plaintiff/Counterclaim-Defendant Allergy Research Group, LLC and Defendant/Counterclaim-Plaintiff Rez Candles, Inc. have filed a joint stipulation to dismiss with prejudice (ECF No. 83). Based on the stipulation, and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that the above-captioned matter is dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

      DATED this 30th day of March 2023.

                              BY THE COURT:

                              _____
                              Tena Campbell
                              U.S. District Court Judge